# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Yaritza Hernandez**  
Debtor(s)

Case No.  **17-13081**  
Chapter  **13**

## VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **June 2, 2017**

**/s/ Yaritza Hernandez**  
**Yaritza Hernandez**  
Signature of Debtor