*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Yaritza Hernandez
    Debtor(s)

Case No: 17−13081−amc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Hearing rescheduled re [26] Motion to Dismiss Case; feasibility & underfunding Filed by FREDERICK L. REIGLE (Counsel).

\*\*Hearing rescheduled from 6/27/19 a 9:00 at 10:00 AM

on: 7/11/19

at: 10:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 6/14/19

Timothy B. McGrath
Clerk of Court

38 − 26
Form 167