United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 17-13081-amc
Yaritza Hernandez                                                         Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: BarbaraS          Page 1 of 2          Date Rcvd: Jun 14, 2019
                              Form ID: 152            Total Noticed: 28

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2019.
```
db             +Yaritza Hernandez,    826 N. 2nd St.,    Reading, PA 19601-2502
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13995788       +City of Reading,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
13928677       +Convergent Healthcare,    P.O. Box 5435,    Dept. 0102,    Carol Stream, IL 60197-5435
13928679        Midland Funding, LLC,    2365 Northside Dr. Ste. 300,    Newberry, SC 29108
13928680       +Patient First,    2600 Paper Mill Rd.,    Reading, PA 19610-3362
13928683       +The Bureaus,    650 Dundee Rd. Ste. 370,    Northbrook, IL 60062-2757
13928684       +Transworld Systems,    P.O. Box 17221,    Wilmington, DE 19850-7221
13996246       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    211 North Front Street,
                 Harrisburg, PA 17101-1406
13928685       +WF Advantage,    P.O. Box 14517,    Des Moines, IA 50306-3517
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2019 03:33:18
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 15 2019 03:33:59     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2019 03:28:09      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13928675       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Jun 15 2019 03:35:17      Berks Credit,
                 900 Corporate Dr.,    Reading, PA 19605-3340
13925119       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2019 03:50:37
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
13928676       +E-mail/Text: bankruptcy@cavps.com Jun 15 2019 03:33:51      Cavalry Portfolio Services,
                 500 Summit Lake Dr.,    Valhalla, NY 10595-2322
13985618       +E-mail/Text: bankruptcy@cavps.com Jun 15 2019 03:33:52      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13928678       +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2019 03:28:09      Home Design NAHFA,
                 P.O. Box 965036,    Orlando, FL 32896-5036
13990221       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 15 2019 03:33:27      MIDLAND FUNDING LLC,
                 PO Box 2011,    Warren, MI 48090-2011
13928682        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2019 03:27:50
                 Portfolio Recovery,    120 Corporate Blvd.,    Norfolk, VA 23502
13991165        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2019 03:27:50
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13912008       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2019 03:50:37
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13928681       +E-mail/Text: blegal@phfa.org Jun 15 2019 03:33:34      Pennsylvania Housing Finance Agency,
                 P.O. Box 15057,    Harrisburg, PA 17105-5057
13967136        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 15 2019 03:39:13      Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                              TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +City of Reading,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                 Norristown, PA 19404-3020
                                                                                            TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: BarbaraS              Page 2 of 2                   Date Rcvd: Jun 14, 2019
                              Form ID: 152                Total Noticed: 28
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2019 at the address(es) listed below:
              JAMES RANDOLPH WOOD    on behalf of Creditor    City of Reading jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Yaritza   Hernandez NO1JTB@juno.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com,   ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Yaritza Hernandez
    Debtor(s)                                             Case No: 17−13081−amc
                                                                                Chapter: 13

_____

### *NOTICE OF RESCHEDULED HEARING*

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a CONFIRMATION HEARING will be held before the Honorable Ashely M. Chan

, United States Bankruptcy Court 7/11/19 at 10:00 AM , in Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

                                                                                       For The Court

                                                                                       Timothy B. McGrath
                                                                                       Clerk of Court