United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 17-13081-amc
Yaritza Hernandez                                                   Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-4          User: BarbaraS              Page 1 of 2                     Date Rcvd: Jun 14, 2019
                              Form ID: 167                Total Noticed: 21
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2019.
db             +Yaritza Hernandez,    826 N. 2nd St.,    Reading, PA 19601-2502
13995788       +City of Reading,    c/o Portnoff Law Associates, Ltd.,     P.O. Box 3020,
                 Norristown, PA 19404-3020
13928677       +Convergent Healthcare,    P.O. Box 5435,    Dept. 0102,    Carol Stream, IL 60197-5435
13928679        Midland Funding, LLC,    2365 Northside Dr. Ste. 300,    Newberry, SC 29108
13928680       +Patient First,    2600 Paper Mill Rd.,    Reading, PA 19610-3362
13928683       +The Bureaus,    650 Dundee Rd. Ste. 370,    Northbrook, IL 60062-2757
13928684       +Transworld Systems,    P.O. Box 17221,    Wilmington, DE 19850-7221
13996246       +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,     211 North Front Street,
                 Harrisburg, PA 17101-1406
13928685       +WF Advantage,    P.O. Box 14517,    Des Moines, IA 50306-3517

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2019 03:27:44      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
13928675       +E-mail/Text: EBN_Greensburg@Receivemorermp.com Jun 15 2019 03:35:17       Berks Credit,
                 900 Corporate Dr.,   Reading, PA 19605-3340
13925119       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2019 03:27:50
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk VA 23541-1021
13928676       +E-mail/Text: bankruptcy@cavps.com Jun 15 2019 03:33:53       Cavalry Portfolio Services,
                 500 Summit Lake Dr.,   Valhalla, NY 10595-2322
13985618       +E-mail/Text: bankruptcy@cavps.com Jun 15 2019 03:33:53       Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
13928678       +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2019 03:28:41      Home Design NAHFA,
                 P.O. Box 965036,   Orlando, FL 32896-5036
13990221       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 15 2019 03:33:27       MIDLAND FUNDING LLC,
                 PO Box 2011,   Warren, MI 48090-2011
13928682        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2019 03:28:15
                 Portfolio Recovery,   120 Corporate Blvd.,    Norfolk, VA 23502
13991165        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2019 03:28:47
                 Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541
13912008       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2019 03:28:49
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
13928681       +E-mail/Text: blegal@phfa.org Jun 15 2019 03:33:34      Pennsylvania Housing Finance Agency,
                 P.O. Box 15057,   Harrisburg, PA 17105-5057
13967136        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 15 2019 03:39:12       Verizon,
                 by American InfoSource LP as agent,    PO Box 248838,   Oklahoma City, OK 73124-8838
                                                                                               TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +City of Reading,    c/o Portnoff Law Associates, Ltd.,     P.O. Box 3020,
                 Norristown, PA 19404-3020
                                                                                      TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2019 at the address(es) listed below:
              JAMES RANDOLPH WOOD    on behalf of Creditor    City of Reading jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JOSEPH T. BAMBRICK, JR.    on behalf of Debtor Yaritza  Hernandez NO1JTB@juno.com
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
               PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
```

```
District/off: 0313-4           User: BarbaraS              Page 2 of 2                  Date Rcvd: Jun 14, 2019
                               Form ID: 167                Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com,   dmaurer@pkh.com;mgutshall@pkh.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          MATTEO SAMUEL WEINER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE
           PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com
          ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com,   ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Yaritza Hernandez
    Debtor(s)                    Case No: 17−13081−amc
                                                       Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Hearing rescheduled re [26] Motion to Dismiss Case; feasibility & underfunding Filed by FREDERICK L. REIGLE (Counsel).

**Hearing rescheduled from 6/27/19 a 9:00 at 10:00 AM

    on: 7/11/19

    at: 10:00 AM

    in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  6/14/19

Timothy B. McGrath
Clerk of Court