UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| YARITZA HERNANDEZ, | : | CHAPTER 13 |
| | : | |
| DEBTOR | : | BANKRUPTCY NO. 17-13081 |

**CERTIFICATE OF NO RESPONSE**

I, Joseph T. Bambrick, Jr., Esquire, hereby certify that on October 3, 2019, a copy of the Application for Compensation, was mailed via First Class Mail and/or e-mailed to all the parties in this matter and/or who have participated in this action. I have not received any objections from any of the parties of interest objecting to the Motion filed by Joseph T. Bambrick, Jr., Esquire, on behalf of Yaritza Hernandez.


Dated:  March 11, 2020                    /s/Joseph Bambrick
                                          Joseph T. Bambrick, Jr., Esquire
                                          Attorney ID 45112
                                          529 Reading Avenue
                                          West Reading, PA  19611
                                          610/372-6400