IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

YARITZA HERNANDEZ,        :    Case No. 17-13081
                          :
    Debtor,               :    Chapter 13

## O R D E R

    *AND NOW*, upon consideration of the Initial Application for Compensation and Reimbursement of Expenses requesting fees in the amount of $3.000.00, $665.00 of which was paid pre-petition, and reimbursement expenses in the amount of $0.00, the Application for Compensation and Reimbursement of Expenses is *GRANTED,* and the amount of compensation is *APPROVED*.

BY THE COURT,

*Patricia M. Mayer*

**Date: March 26, 2020**

**PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE**