| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 17-13081-PMM**

YARITZA HERNANDEZ
826 N. 2ND ST.
READING  PA   19601

Petition Filed Date: 05/01/2017
341 Hearing Date: 07/18/2017
Confirmation Date: 10/03/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $300.00 | 25427495237 | 02/08/2019 | $300.00 | 23925928858 | 03/08/2019 | $300.00 | 25754933531 |
| 04/03/2019 | $300.00 | 25724957332 | 04/30/2019 | $1,100.00 | Automatic Payr | 05/09/2019 | $400.00 | Automatic Payr |
| 06/10/2019 | $400.00 | Automatic Payr | 07/10/2019 | $400.00 | Automatic Payr | 08/09/2019 | $535.00 | Automatic Payr |
| 09/10/2019 | $535.00 | Automatic Payr | 10/09/2019 | $535.00 | | 11/12/2019 | $535.00 | |
| 12/09/2019 | $535.00 | | 01/09/2020 | $535.00 | | 02/18/2020 | $535.00 | |
| 03/16/2020 | $535.00 | | 04/09/2020 | $535.00 | | 05/11/2020 | $535.00 | |

**Total Receipts for the Period: $8,850.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $11,574.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOSEPH T BAMBRICK JR ESQ | Attorney Fees | $2,335.00 | $2,335.00 | $0.00 |
| 1 | BUREAUS INVESTMENT GROUP PORTFOLIO<br>»» 001 | Unsecured Creditors | $2,172.72 | $0.00 | $2,172.72 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR<br>»» 002 | Unsecured Creditors | $301.19 | $0.00 | $301.19 |
| 3 | CAVALRY INVESTMENTS LLC<br>»» 003 | Unsecured Creditors | $2,585.60 | $0.00 | $2,585.60 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 004 | Unsecured Creditors | $984.91 | $0.00 | $984.91 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT<br>»» 005 | Unsecured Creditors | $451.29 | $0.00 | $451.29 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 006 | Unsecured Creditors | $806.73 | $0.00 | $806.73 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 007 | Unsecured Creditors | $887.74 | $0.00 | $887.74 |
| 8 | CITY OF READING<br>»» 008 | Secured Creditors | $903.35 | $376.40 | $526.95 |
| 9 | PHFA<br>»» 009 | Mortgage Arrears | $18,882.51 | $7,868.04 | $11,014.47 |

**Chapter 13 Case No. 17-13081-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,574.00 | Current Monthly Payment: | $535.48 |
| Paid to Claims: | $10,579.44 | Arrearages: | $1,611.24 |
| Paid to Trustee: | $994.56 | Total Plan Base: | $24,430.32 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.