| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 17-13081-PMM**

YARITZA HERNANDEZ
826 N. 2ND ST.
READING  PA    19601

Petition Filed Date: 05/01/2017
341 Hearing Date: 07/18/2017
Confirmation Date: 10/03/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/09/2020 | $535.00 | | 02/18/2020 | $535.00 | | 03/16/2020 | $535.00 | |
| 04/09/2020 | $535.00 | | 05/11/2020 | $535.00 | | 09/09/2020 | $535.00 | |
| 10/01/2020 | $1,612.00 | | 10/08/2020 | $535.00 | | 11/09/2020 | $535.00 | |
| 12/08/2020 | $535.00 | | 01/11/2021 | $535.00 | | 02/09/2021 | $535.00 | |
| 03/08/2021 | $535.00 | | 04/08/2021 | $535.00 | | 05/10/2021 | $535.48 | |
| 06/08/2021 | $535.48 | | | | | | | |

**Total Receipts for the Period: $9,637.96   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $18,536.96**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOSEPH T BAMBRICK JR ESQ | Attorney Fees | $2,335.00 | $2,335.00 | $0.00 |
| 1 | BUREAUS INVESTMENT GROUP PORTFOLIO »» 001 | Unsecured Creditors | $2,172.72 | $0.00 | $2,172.72 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR »» 002 | Unsecured Creditors | $301.19 | $0.00 | $301.19 |
| 3 | CAVALRY INVESTMENTS LLC »» 003 | Unsecured Creditors | $2,585.60 | $0.00 | $2,585.60 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 004 | Unsecured Creditors | $984.91 | $0.00 | $984.91 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 005 | Unsecured Creditors | $451.29 | $0.00 | $451.29 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» 006 | Unsecured Creditors | $806.73 | $0.00 | $806.73 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES »» 007 | Unsecured Creditors | $887.74 | $0.00 | $887.74 |
| 8 | CITY OF READING »» 008 | Secured Creditors | $903.35 | $647.87 | $255.48 |
| 9 | PHFA »» 009 | Mortgage Arrears | $18,882.51 | $13,542.01 | $5,340.50 |

**Chapter 13 Case No. 17-13081-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,536.96 | Current Monthly Payment: | $535.48 |
| Paid to Claims: | $16,524.88 | Arrearages: | $3.08 |
| Paid to Trustee: | $1,530.15 | Total Plan Base: | $24,430.32 |
| Funds on Hand: | $481.93 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.