| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 17-13081-PMM

YARITZA HERNANDEZ  
826 N. 2ND ST.  
READING  PA  19601

Petition Filed Date: 05/01/2017  
341 Hearing Date: 07/18/2017  
Confirmation Date: 10/03/2019

Case Status: Completed on 5/ 9/2022

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/08/2021 | $535.00 | | 05/10/2021 | $535.48 | | 06/08/2021 | $535.48 | |
| 07/09/2021 | $535.48 | | 08/09/2021 | $535.48 | | 09/10/2021 | $535.48 | |
| 10/08/2021 | $535.48 | | 11/08/2021 | $535.48 | | 12/09/2021 | $535.48 | |
| 01/10/2022 | $535.48 | | 02/08/2022 | $535.48 | | 03/08/2022 | $535.48 | |
| 04/08/2022 | $535.48 | | 05/09/2022 | $700.00 | | | | |

**Total Receipts for the Period: $7,660.76    Amount Refunded to Debtor Since Filing: $161.44    Total Receipts Since Filing: $24,591.76**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOSEPH T BAMBRICK JR ESQ | Attorney Fees | $2,335.00 | $2,335.00 | $0.00 |
| 1 | BUREAUS INVESTMENT GROUP PORTFOLIO »» 001 | Unsecured Creditors | $2,172.72 | $73.14 | $2,099.58 |
| 2 | AMERICAN INFOSOURCE LP AS AGENT FOR »» 002 | Unsecured Creditors | $301.19 | $10.14 | $291.05 |
| 3 | CAVALRY SPV INVESTMENTS LLC »» 003 | Unsecured Creditors | $2,585.60 | $87.04 | $2,498.56 |
| 4 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 004 | Unsecured Creditors | $984.91 | $33.15 | $951.76 |
| 5 | MIDLAND CREDIT MANAGEMENT INC AS AGENT »» 005 | Unsecured Creditors | $451.29 | $15.19 | $436.10 |
| 6 | PORTFOLIO RECOVERY ASSOCIATES »» 006 | Unsecured Creditors | $806.73 | $27.16 | $779.57 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES »» 007 | Unsecured Creditors | $887.74 | $29.88 | $857.86 |
| 8 | CITY OF READING »» 008 | Secured Creditors | $903.35 | $903.35 | $0.00 |
| 9 | PHFA »» 009 | Mortgage Arrears | $18,882.51 | $18,882.51 | $0.00 |
| 0 | YARITZA HERNANDEZ | Debtor Refunds | $161.44 | $161.44 | $0.00 |

**Chapter 13 Case No. 17-13081-PMM**

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,591.76 | Current Monthly Payment: | $0.00 |
| Paid to Claims: | $22,558.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,033.76 | Total Plan Base: | $24,430.32 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.