Certificate Number: 12433-PAE-DE-036769750

Bankruptcy Case Number: 17-13081



12433-PAE-DE-036769750

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 19, 2022, at 12:28 o'clock AM EDT, Yaritza Hernandez completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 19, 2022             By:   /s/Lisa Susoev

                                    Name: Lisa Susoev

                                    Title: Teacher