United States Bankruptcy Court

Eastern District of Pennsylvania

| In re: | Case No. 17-13081-pmm |
|---|---|
| Yaritza Hernandez | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Sep 20, 2022 | Form ID: 138OBJ | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Yaritza Hernandez, 826 N. 2nd St., Reading, PA 19601-2502 |
| 13995788 | + | City of Reading, c/o Portnoff Law Associates, Ltd., P.O. Box 3020, Norristown, PA 19404-3020 |
| 13928677 | + | Convergent Healthcare, P.O. Box 5435, Dept. 0102, Carol Stream, IL 60197-5435 |
| 13928679 | | Midland Funding, LLC, 2365 Northside Dr. Ste. 300, Newberry, SC 29108 |
| 13928680 | + | Patient First, 2600 Paper Mill Rd., Reading, PA 19610-3362 |
| 13996246 | + | U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 13928685 | + | WF Advantage, P.O. Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Sep 20 2022 23:49:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 20 2022 23:49:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 13928675 | + | Email/Text: EBN_IndianapolisIMC@receivemorermp.com | Sep 20 2022 23:49:00 | Berks Credit, 900 Corporate Dr., Reading, PA 19605-3340 |
| 13925119 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 20 2022 23:55:32 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 13928676 | + | Email/Text: bankruptcy@cavps.com | Sep 20 2022 23:49:00 | Cavalry Portfolio Services, 500 Summit Lake Dr., Valhalla, NY 10595-2321 |
| 13985618 | + | Email/Text: bankruptcy@cavps.com | Sep 20 2022 23:49:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13928678 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 20 2022 23:55:26 | Home Design NAHFA, P.O. Box 965036, Orlando, FL 32896-5036 |
| 13990221 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 20 2022 23:49:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 13928682 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2022 23:55:30 | Portfolio Recovery, 120 Corporate Blvd., Norfolk, VA 23502 |
| 13991165 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2022 23:55:38 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13912008 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 20 2022 23:55:38 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13928681 | + | Email/Text: blegal@phfa.org | Sep 20 2022 23:49:00 | Pennsylvania Housing Finance Agency, P.O. Box 15057, Harrisburg, PA 17105-5057 |
| 13928683 | + | Email/PDF: tbiedi@PRAGroup.com | Sep 20 2022 23:55:38 | The Bureaus, 650 Dundee Rd. Ste. 370, Northbrook, IL 60062-2757 |
| 13928684 | + | Email/Text: bankruptcydepartment@tsico.com | | |

Case 17-13081-pmm    Doc 68    Filed 09/22/22    Entered 09/23/22 00:31:35    Desc Imaged
Certificate of Notice    Page 2 of 3

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 20, 2022 | Form ID: 138OBJ | Total Noticed: 22 |

| 13967136 | Email/PDF: ebn_ais@aisinfo.com | Sep 20 2022 23:49:00 | Transworld Systems, P.O. Box 17221, Wilmington, DE 19850-7221 |
|---|---|---|---|
| | | Sep 20 2022 23:55:27 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 22, 2022                    Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JAMES RANDOLPH WOOD | on behalf of Creditor City of Reading jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JOSEPH T. BAMBRICK, JR. | on behalf of Debtor Yaritza Hernandez NO1JTB@juno.com |
| KEVIN G. MCDONALD | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| LISA MARIE CIOTTI | on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com ecf_frpa@trustee13.com |
| MATTEO SAMUEL WEINER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) bkgroup@kmllawgroup.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Yaritza Hernandez
        Debtor(s)                                    Case No: 17−13081−pmm
                                                          Chapter: 13

___

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 9/20/22

65 − 56
Form 138OBJ